NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATIONAL ORGANIZATION OF VETERANS' ADVOCATES, INC.,**
*Petitioner,*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent.*

- - - - - - - - - - - - - - - - - - - - - -

**PARALYZED VETERANS OF AMERICA,**
*Petitioner,*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent.*

- - - - - - - - - - - - - - - - - - - - - -

**VETERANS OF MODERN WARFARE, AND NATIONAL VETERANS LEGAL SERVICES PROGRAM,**
*Petitioners,*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent.*

2010-7136, -7139, -7142

On petition for review pursuant to 38 U.S.C. Section 502.

**ON MOTION**

**O R D E R**

The Secretary of Veterans Affairs moves without opposition to consolidate these three cases for briefing and argument.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted. The revised official caption is reflected above.

(2) The Secretary should calculate the due date for his response brief from the latter date of service of a petitioner's opening brief.

FOR THE COURT

NOV 1 9 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Barton F. Stichman, Esq.
     Douglas J. Rosinski, Esq.
     Michael P. Horan, Esq.
     Scott D. Austin, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 1 9 2010

JAN HORBALY
CLERK